State, *ex rel.* R. L. May, Relator, v. Paul C. Albritton, as Judge, Etc., Respondent.

*J. T. Watson* and *Whitaker Brothers,* for Relator.
*Paul C. Albritton,* in Proper Person.

State, *ex rel.* Southern Brewing Company, a corporation, Relator, v. Paul C. Albritton, as Judge, Etc., Respondent.

*Macfarlane, Jackson, Hansbrough & Ferguson* and *Waller & Pepper,* for Relator.
*Paul C. Albritton,* in Proper Person.

Stanley A. Weida, Plaintiff in Error, v. E. J. Bacon, *et al.,* Defendants in Error.

John B. Singeltary, for Plaintiff in Error.
Ralph House, for Defendant in Error.

Wauchula State Bank, a Corporation, Appellant v. L. J. Carlton, as Tax Collector, Etc., Appellee.